Matt Adams (WA 28287)*
Aaron Korthuis (WA 53974)*
Margot Adams (WA 56573)*
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611

Bernardo Merino (CA 225593)
Law Office of Bernardo Merino
233 Sansome Street, Suite 706
San Francisco, CA 94104
(415) 391-3001

*Admitted pro hac vice

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALDORA REIS; MANUEL DE SOUSA REIS,<br><br>   Plaintiff-Petitioners,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; TRACY RENAUD, Senior Official Performing the Duties of the Director, USCIS; JOHN KRAMAR, District Director, USCIS; JAMES T. WYROUGH, Field Office Director, San Jose, USCIS; ALEJANDRO MAYORKAS, Secretary of the United States Department of Homeland Security, U.S. DEPARTMENT OF HOMELAND SECURITY (DHS),<br><br>   Defendant-Respondents. | Case No. 5:21-cv-03077-SVK<br>[Related to Case No. 21-cv-04079-SVK]<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiffs-Petitioners Aldora Reis (Ms. Reis) and Manuel De Sousa Reis (Mr. Reis) (collectively, Plaintiffs) hereby inform the Court that on August 28, 2021, they took the naturalization oath and became U.S. citizens. Accordingly, because Respondents approved their naturalization applications, this case is now moot. Defendants have not yet filed an answer, and accordingly, pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs hereby voluntarily dismiss this case.

Respectfully submitted this 30th day of August, 2021.

s/ Matt Adams
Matt Adams (WA 28287)*

s/Aaron Korthuis
Aaron Korthuis (WA 53974)*

s/ Margot Adams
Margot Adams (WA 56573)*

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611

s/ Bernardo Merino
Bernardo Merino (CA 225593)
Law Office of Bernardo Merino
233 Sansome Street, Suite 706
San Francisco, CA 94104
(415) 391-3001

*Attorneys for Plaintiff-Petitioners*

* *Admitted pro hac vice*

NOTICE OF VOLUNTARY DISMISSAL - 1

# CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve all the parties in this case.

DATED this 30th day of August, 2021.

s/ Aaron Korthuis
Aaron Korthuis, WSBA #53974
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 816-3872
aaron@nwirp.org

NOTICE OF VOLUNTARY DISMISSAL - 2